In the Matter of the Application of Jacob M. Birnbaum, Appellant, *v.* Jacob Racich, as Guardian ad Litem of Vincent Muessman, an Infant, Respondent.

*Matter of Birnbaum,* 108 App. Div. 367, affirmed.
(Argued January 9, 1906; decided January 23, 1906.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1905, which affirmed an order of Special Term denying a motion for an order directing the guardian herein to pay over a certain sum of money to the petitioner and dismissed the proceeding.

*T. M. Tyng* for appellant.

*John Vernou Bouvier, Jr.,* for respondent.

Order affirmed, with costs ; no opinion.
Concur: Cullen, Ch. J., O'Brien, Haight, Vann, Werner, Willard Bartlett and Hiscock, JJ.

---

The People of the State of New York ex rel. James Churchill, Appellant, *v.* Francis V. Greene, as Commissioner and Chief of Police of the Police Department of the City of New York, Respondent.

*People ex rel. Churchill* v. *Greene,* 104 App. Div. 496, affirmed.
(Argued January 9, 1906; decided January 23, 1906.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1905, which quashed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police department of the city of New York.

*A. S. Gilbert* and *Otto A. Rosalsky* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *Thomas F. Noonan* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., O'Brien, Haight, Vann, Werner, Willard Bartlett and Hiscock, JJ.